```
SUPREME COURT OF THE STATE OF NEW YORK         INDEX #           R
COUNTY OF NASSAU                                        SUMMONS
----------------------------------------------
NATIONAL COLLEGIATE STUDENT LOAN             PLAINTIFF'S ADDRESS
TRUST 2006-1, A DELAWARE         PLAINTIFF,  800 BOYLSTON ST FL34
STATUTORY TRUST(S)                           BOSTON, MA 02199
                                                                     X
       - AGAINST -           MAR 19 2016     DEFENDANT'S ADDRESSES
CRAIG KINDEL                                 81 GREEN LN

KENNETH R KINDEL                DEFENDANT(S). LEVITTOWN NY 11756-4029
----------------------------------------------
CONSUMER CREDIT TRANSACTION              CODEF- 81 GREEN LN

                                         LEVITTOWN NY 11756-4029

THE BASIS OF THE VENUE IS:
    A DEFENDANT RESIDES IN THE COUNTY OF NASSAU
    THE TRANSACTION TOOK PLACE IN THE COUNTY OF NASSAU


TO THE ABOVE NAMED DEFENDANT(S): CRAIG KINDEL
                                 KENNETH R KINDEL
YOU ARE HEREBY SUMMONED TO ANSWER THE COMPLAINT IN THIS ACTION AND TO
SERVE A COPY OF YOUR ANSWER ON THE PLAINTIFF'S ATTORNEY(S) WITHIN
20 DAYS AFTER THE SERVICE OF THIS SUMMONS, EXCLUSIVE OF THE DAY OF
SERVICE (OR WITHIN 30 DAYS AFTER THE SERVICE IS COMPLETE IF THIS
SUMMONS IS NOT PERSONALLY DELIVERED TO YOU WITHIN THE STATE OF NEW YORK).



UPON YOUR FAILURE TO ANSWER, JUDGMENT WILL BE TAKEN AGAINST YOU FOR THE
RELIEF DEMANDED IN THE COMPLAINT, TOGETHER WITH THE DISBURSEMENTS OF
THIS ACTION.
DATED THE 10 DAY OF MARCH       , 2016

                                         FORSTER & GARBUS LLP
     FILE NO.                            ATTORNEY(S) FOR PLAINTIFF
MR90000508046                            60 MOTOR PARKWAY
                                         COMMACK, NY 11725
ORIG ACCT# END IN: PHEA                  (631) 393-9400


NOTE: THE LAW PROVIDES THAT:
   (A) IF THIS SUMMONS IS SERVED BY ITS DELIVERY TO YOU PERSONALLY WITHIN
THE COUNTY OF NASSAU        YOU MUST APPEAR AND ANSWER WITHIN 20 DAYS AFTER
SUCH SERVICE: OR
   (B) IF THIS SUMMONS IS SERVED BY DELIVERY TO ANY PERSON OTHER THAN YOU
PERSONALLY, OR IS SERVED OUTSIDE THE COUNTY OF NASSAU      , OR BY PUBLI-
CATION, OR BY ANY MEANS OTHER THAN PERSONAL DELIVERY TO YOU WITHIN THE
COUNTY OF NASSAU       YOU ARE ALLOWED 30 DAYS AFTER SERVICE IS COMPLETE
WITHIN WHICH TO APPEAR AND ANSWER.




DEFENDANT'S POB:
```

```
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU                                        FORMAL COMPLAINT
----------------------------------------------------
NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2006-1, A DELAWARE                    PLAINTIFF,
STATUTORY TRUST(S)

        - AGAINST -
CRAIG KINDEL
KENNETH R KINDEL                            DEFENDANT(S).
----------------------------------------------------
```

PLAINTIFF, BY ITS ATTORNEY(S), COMPLAINING OF THE DEFENDANT(S), UPON INFORMATION AND BELIEF, ALLEGES:

1. THAT THE DEFENDANT(S) RESIDES IN THE COUNTY IN WHICH THIS ACTION IS BROUGHT; OR THAT THE DEFENDANT(S) TRANSACTED BUSINESS WITHIN THE COUNTY IN WHICH THIS ACTION IS BROUGHT IN PERSON OR THROUGH HIS AGENT AND THAT THE INSTANT CAUSE OF ACTION AROSE OUT OF SAID TRANSACTION
2. PLAINTIFF IS A STATUTORY TRUST ORGANIZED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS AUTHORIZED TO PROCEED WITH THIS ACTION.
3. UPON INFORMATION AND BELIEF, DEFENDANT(S) REQUESTED AN EDUCATIONAL LOAN. THAT REQUEST WAS RECEIVED BY ITS SERVICING AGENT. THE LOAN WAS APPROVED, FUNDS WERE DISBURSED BY A LENDING INSTITUTION, AND THE OWNERSHIP OF THE NOTE FOR THE SUBJECT LOAN WAS TRANSFERRED TO PLAINTIFF.
4. DEFENDANT(S) DEFAULTED ON SAID AGREEMENT, $ 18,762.47 IS DUE AND OWING.
5. DEFENDANT(S) IS IN DEFAULT AND DEMAND FOR PAYMENT HAS BEEN MADE.
6. PLAINTIFF STATED AN ACCOUNT TO DEFENDANT WITHOUT OBJECTION.

2ND CAUSE/ACTION: PLAINTIFF STATED AN ACCOUNT TO DEFENDANT WITHOUT OBJECTION THAT THERE IS NOW DUE PLAINTIFF FROM DEFENDANT(S) THE AMOUNT SET FORTH IN THE COMPLAINT, NO PART OF WHICH HAS BEEN PAID, ALTHOUGH DULY DEMANDED.

WHEREFORE, PLAINTIFF DEMANDS JUDGMENT AGAINST DEFENDANT(S) FOR THE SUM OF
    18,762.47
TOGETHER WITH THE DISBURSEMENTS OF THIS ACTION

WE ARE DEBT COLLECTORS; ANY                 FORSTER & GARBUS LLP
INFORMATION OBTAINED WILL BE USED           ATTORNEY(S) FOR PLAINTIFF
IN ATTEMPTING TO COLLECT THIS DEBT.         60 MOTOR PARKWAY
                                            COMMACK, NY 11725

DATED: THE 10 DAY OF MARCH     , 2016

                                            _____
                                            VALERIE E. WATTS  JOEL D. LEIDERMAN  KEVIN M. KNAB

PURSUANT TO PART 130-1.1-a OF THE RULES OF THE
CHIEF ADMINISTRATOR THIS SIGNATURE APPLIES
TO THE ATTACHED SUMMONS AND COMPLAINT

MR90000508046