UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CIVIL DIVISION

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 02 2018 ★

LONG ISLAND OFFICE

CRAIG KINDEL,
ON BEHALF OF HIMSELF AND
ALL OTHERS SIMILIARLY SITUATED,

               Plaintiff,

v

TRANSWORD SYSTEMS INC.,
THE NATIONAL COLLEGIATE FUNDING LLC,
NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2006-1,
NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2006-2, AND
NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2007-1,

              Defendants.

Civil Action, File No.
2:17-cv-04717-JFB-SIL

## STIPULATION OF DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff hereby voluntarily dismisses with prejudice the present action against all Defendants with each party to bear its respective attorney's fees and costs incurred in this action.

/s/ *Mitchell L. Pashkin, Esq.*
Mitchell L. Pashkin, Esq.
Attorney For Plaintiff
775 Park Avenue, Suite 255
Huntington, NY 11743
(631) 335-1107

/s/ Aaron R. Easley
Aaron R. Easley, Esq. (ae9922)
SESSIONS FISHMAN NATHAN & ISRAEL
3 Cross Creek Drive
Flemington, New Jersey 08822-4938
Telephone: (908) 237-1660

*The Clerk of the Court will close the case.*

SO ORDERED
Joseph Bianco
Joseph F. Bianco
USDJ
Date: Oct. 2, 2018
Central Islip, N.Y.